

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2022

No. 04-22-00682-CR

Michael David **KNOVICKA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-21-0000040
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On October 28, 2022, we ordered appellant to provide written proof to this court by November 7, 2022 indicating he properly requested the court reporter to prepare the reporter's record. *See* TEX. R. APP. P. 34.6(b)(1). On November 1, 2022, appellant filed a motion explaining he requested the record. We construe appellant's motion as a sufficient response, and we **order** the court reporter to file the reporter's record **by December 14, 2022.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2022.

_____
Michael A. Cruz,
Clerk of Court